IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CR3027 |
| ) | |
| MATTHEW D. STIENIKE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing 61. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Unopposed Motion for Release from Detention and Order under seal.

DATED this 21st day of September, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge