IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                    Plaintiff,              )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>MATTHEW D. STIENIKE,                )<br>                                                              )<br>                    Defendant.           ) | Case No.  4:04CR3027 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 65, now set for Monday, October 1, 2007, at 10:00 a.m. until a date certain in approximately 45 to 60 days.  The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 19th day of December, 2007, at 12:15 p. m.  The defendant is ordered to appear at such time.

Dated this 1st day of October, 2007.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge