IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CR3027 |
| ) | |
| MATTHEW D. STIENIKE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 67, now set for December 19, 2007, at 12:15 p.m., until a date and time certain in approximately three months. The Court, being fully advised in the premises, and noting the Government and the U.S. Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 4th, day of March, 2008, at 12:15 p. m. The defendant is ordered to appear at such time.

Dated this 17th day of December, 2007.

BY THE COURT:

s/ Warren K. Urbom
The Honorable Warren K. Urbom
United States Senior District Judge