IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                    Plaintiff,            )<br>                                                            )<br>      v.                                              )<br>                                                            )<br> MATTHEW D. STIENIKE,                 )<br>                                                            )<br>                    Defendant.          )<br>                                                            ) | 4:04CR3027<br><br>ORDER ON AMENDED PETITION FOR<br>WARRANT OR SUMMONS OF<br>OFFENDER UNDER SUPERVISION |

    At the hearing today on the Amended Petition for Warrant or Summons of Offender Under Supervision the supervised release of the defendant will not be revoked, but the conditions of that supervised release remain the same, except that within thirty (30) days the defendant, his counsel, the prosecuting attorney, and the probation officer shall devise a plan of structure for Mr. Steinike's term of supervision, including a place of residence, continuation of drug treatment for alcohol and drug abuse, and mental health treatment.   Implementation of such plan may proceed without further approval by me if it is approved by all the persons I have designated to prepare the plan, but the report shall come to me and if I have questions or revisions to make in it, I shall do so.   Failure to follow all the pieces of the plan will be considered grounds for revoking or revising the supervised release.

    Dated March 4, 2008.

                                    BY THE COURT

                                    s/ Warren K. Urbom
                                    United States Senior District Judge