IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3027 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW D. STIENIKE, | ) | ORDER ON AMENDED PETITION FOR |
| | ) | WARRANT OR SUMMONS OF |
| Defendant. | ) | OFFENDER UNDER SUPERVISION |
| | ) | |

IT IS ORDERED:

1. the letter dated March 6, 2008, from John C. Vanderslice to Jeff Aurich; the e-mail from Jeff Aurich to John C. Vanderslice of April 4, 2008; and the e-mail from Bruce Gillan to John C. Vanderslice of April 8, 2008, shall be filed; and

2. the Proposal for Relocation to Ravenna, set out in detail in the letter from John C. Vanderslice to Jeff Aurich dated March 6, 2008, is approved and shall be implemented forthwith as an additional set of conditions of the defendant's supervised release. Failure to follow all the pieces of the plan will be considered grounds for revoking or revising the supervised release.

Dated April 8, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge